IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: LVBC REALTY HOLDINGS, LLC          CASE NO. 11-34513

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS (Final)

For Period Ending February 9, 2012

BEGINNING BALANCE:                                    $   0.00

RECEIPTS:
   1. Receipts                                       $ 4,800,000.00

DISBURSEMENTS:

   2. Net payroll:                                   $_____

   3. Taxes
      a. Federal Income Taxes                       $_____
      b. FICA withholdings                          $_____
      c. Employee's withholdings                    $_____
      d. Employer's FICA                            $_____
      e. Federal Unemployment Taxes                 $_____
      f. State Income Tax                           $_____
      g. State Employee withholdings                $_____
      h. All other state taxes                     $_____

   4. Necessary expenses:
      a. Rent or mortgage payments(s)               $_____
      b. Utilities                                  $_____
      c. Insurance                                  $_____
      d. Other necessary expenses (specify)         $4,471,021.14

NET RECEIPTS (DISBURSEMENTS) CURRENT PERIOD            $ 328,978.86

ENDING BALANCE IN ALL ACCOUNTS                         $ 328,978.86

{10277-001 RPT A0313062.DOC}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: LVBC REALTY HOLDINGS, LLC         CASE NO. 11-34513

## RECEIPTS LISTING

For Period Ending February 9, 2012

Bank:       Bank of New York Mellon

Location:   New York City New York

Account Name: Estate of LVBC Realty Holdings, LLC

Account No.: 79-66

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/22/11 | Gould & Ratner- turnover of defaulted earnest money deposit from Gramatis transaction | $75,000.00 |
| 02/01/12 | Shaw Gussis Client Trust Fund- earnest money deposit from Rooftop Acquisition LLC | $200,000.00 |
| 02/01/12 | Chicago Title & Trust- gross proceeds of sale of 3633 N. Sheffield, Chicago, IL (less earnest money deposit and credit for Gramatis funds) | $4,525,000.00 |
|  | TOTAL: | $4,800,000.00 |

Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month.

OPERATING REPORT Page 2

{10277-001 RPT A0313062.DOC}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: LVBC REALTY HOLDINGS, LLC          CASE NO. 11-34513

## DISBURSEMENT LISTING

For Period Ending February 9, 2012

Bank:           Bank of New York Mellon

Location:       New York City New York

Account Name: Estate of LVBC Realty Holdings, LLC

Account No.: 79-66

| DATE DISBURSED | CHECK | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 02/01/12 | | Closing credit per sale order for credit bids of First Personal Bank, Bauch & Michaels and DeWindt Construction mortgage claims | $4,239,048.35 |
| | | Closing credit for Cook County real estate taxes | $93,662.90 |
| | | Payoff Hutter Architects mechanic's lien | $105,772.52 |
| | | Payoff Northern Weathermakers HVAC mechanic's lien | $3,332.37 |
| | | Holdback for Illinois Dept. of Revenue stop order | $6,000.00 |
| | | Credit for seller's closing costs and transfer taxes | $23,205.00 |
| | | TOTAL: | $4,471,021.14 |

You must create a separate list for each bank account from which disbursements were made during the month.

OPERATING REPORT Page 3

{10277-001 RPT A0313062.DOC}

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 11-34513 PSH | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|
| Case Name: | LVBC REALTY HOLDINGS, LLC | Bank Name: | The Bank of New York Mellon |
| Taxpayer ID #: | **-****3877 | Account: | 9200-******79-66 - Checking Account |
| | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 02/09/12 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/22/11 | {5} | GOULD & RATNER | Turnover of defaulted earnest money from Gramatis transaction- used as closing credit for purchase of 3633 N. Sheffield | 1129-000 | 75,000.00 | | 75,000.00 |
| 02/01/12 | {1} | SHAW GUSSIS CLIENT TRUST FUND | Earnest money deposit | 1110-000 | 200,000.00 | | 275,000.00 |
| 02/01/12 | {1} | CHICAGO TITLE & TRUST COMPANY | Net proceeds of sale, per o/c 1-24-12 | 1110-000 | 53,978.86 | | 328,978.86 |
| | | | Gross Proceeds of Sale (plus earnest money deposit and credit for Gramatis escrow deposit | 1110-000 | 4,525,000.00 | | 328,978.86 |
| | | | Credit Bid per sale order for FirstPersonal, Bauch & Michaels and DeWindt Construction claims | 4110-000 | | -4,239,048.35 | 328,978.86 |
| | | | Proration for Real Estate Taxes | 2820-000 | | -93,662.90 | 328,978.86 |
| | | | Hutter Architects mechanics lien | 4120-000 | | -105,772.52 | 328,978.86 |
| | | | Northern Weathermakers HVAC mechanics lien | 4120-000 | | -3,332.37 | 328,978.86 |
| | | | Bulk Sales holdback for IDOR potential tax liability | 2820-000 | | -6,000.00 | 328,978.86 |
| | | | Closing costs and | 2500-000 | | -23,205.00 | 328,978.86 |
| | | | | Subtotals : | $328,978.86 | $0.00 | |

{} Asset reference(s)

Printed: 02/22/2012 10:16 AM V.12.57

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 11-34513 PSH
**Case Name:** LVBC REALTY HOLDINGS, LLC
**Taxpayer ID #:** **-***3877
**Period Ending:** 02/09/12

**Trustee:** RICHARD M. FOGEL (330720)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******79-66 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | transfer taxes | | | | |
| | | | | | | | |
| | | **ACCOUNT TOTALS** | | | 328,978.86 | 0.00 | $328,978.86 |
| | | Less: Bank Transfers | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 328,978.86 | 0.00 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$328,978.86** | **$0.00** | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******79-66 | 328,978.86 | 0.00 | 328,978.86 |
| **TOTAL - ALL ACCOUNTS** | **$328,978.86** | **$0.00** | **$328,978.86** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: LVBC REALTY HOLDINGS, LLC        CASE NO. 11-34513

For Period Ending February 9, 2012

STATEMENT OF INVENTORY

| | |
|---|---|
| Beginning inventory | $ N/A |
| Add: purchases | $ N/A |
| Less: goods sold (cost basis) | $ N/A |
| Ending inventory | $ N/A |

PAYROLL INFORMATION STATEMENT

| | |
|---|---|
| Gross payroll for this period | $ N/A |
| Payroll taxes due but unpaid | $ N/A |

STATUS OF PAYMENTS TO SECURED CREDITORS AND LESSORS

| Name of Creditor/ Lessor | Date regular payment is due | Amount of Regular Payment | Number of Payments Delinquent* | Amount of Payments Delinquent* |
|---|---|---|---|---|
| | | | | |

\* Include only post-petition payments.

OPERATING REPORT Page 6

{10277-001 RPT A0313062.DOC}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: LVBC REALTY HOLDINGS, LLC            CASE NO. 11-34513

For Period Ending February 9, 2012

STATEMENT OF AGED RECEIVABLES

ACCOUNTS RECEIVABLE:

    Beginning of month balance    $ _____ N/A _____

    Add:   sales on account    $ _____ N/A _____

    Less: collections    $ _____ N/A _____

    End of month balance    $ _____ N/A _____

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $_____ | $_____ | $_____ | $_____ | $_____ |

STATEMENT OF ACCOUNTS PAYABLE (POST-PETITION)

    Beginning of month balance    $ _____ 0 _____

    Add: credit extended    $ _____ 0 _____

    Less: payments of account    $ _____ 0 _____

    End of month balance    $ _____ 0 _____

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $_____ | $_____ | $_____ | $_____ | $ 0.00 |

ITEMIZE ALL POST-PETITION PAYABLES OVER 30 DAYS OLD ON A SEPARATE
SCHEDULE AND FILE WITH THIS REPORT

OPERATING REPORT Page 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: LVBC REALTY HOLDINGS, LLC            CASE NO. 11-34513

For Period Ending February 9, 2012

## TAX QUESTIONNAIRE

Debtors in possession and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as due basis. Please indicate whether the following post petition taxes or withholdings have been paid currently.*

| | | | |
|---|---|---|---|
| 1. | Federal Income Taxes | Yes ( ) | No ( ) |
| 2. | FICA withholdings | Yes ( ) | No ( ) |
| 3. | Employee's withholdings | Yes ( ) | No ( ) |
| 4. | Employer's FICA | Yes ( ) | No ( ) |
| 5. | Federal Unemployment Taxes | Yes ( ) | No ( ) |
| 6. | State Income Tax | Yes ( ) | No ( ) |
| 7. | State Employee withholdings | Yes ( ) | No ( ) |
| 8. | All other state taxes | Yes ( ) | No ( ) |

If any of the above have not been paid, state below the tax not paid, the amounts past due and the date of last payment.

* The Debtor is a single member LLC, did not operate a business, had no employees and was not obligated to pay any taxes except Cook County real estate taxes.

OPERATING REPORT Page 8

{10277-001 RPT A0313062.DOC}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

## DECLARATION UNDER PENALTY OF PERJURY

I, Richard M. Fogel, acting as the duly authorized agent for the Debtor in Possession (Trustee) declare under penalty of perjury under the laws of the United States that I have read and I certify that the figures, statements, disbursement itemizations, and account balances as listed in this Report are true and correct as of the date of this report to the best of my knowledge, information and belief.

/s/ *Richard M. Fogel, Trustee*
For the Debtor In Possession (Trustee)

Print or type name and capacity of
person signing this Declaration:

Richard M. Fogel
321 N. Clark Street, Suite 800
Chicago, IL  60654
(312) 276-1334

DATED: February 24, 2012

OPERATING REPORT Page 9

{10277-001 RPT A0313062.DOC}