# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: LVBC REALTY HOLDINGS, LLC | § | Case No. 11-34513 |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on August 24, 2011.  The undersigned trustee was appointed on February 13, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $        4,806,000.00

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 4,360,653.24 |
| Administrative expenses | 126,232.15 |
| Bank service fees | 6,712.31 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]       $ | 312,402.30 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 06/11/2012 and the deadline for filing governmental claims was 05/14/2012.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $167,430.00.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $35,000.00, for a total compensation of $35,000.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $104.10, for total expenses of $104.10.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/10/2013          By: /s/RICHARD M. FOGEL
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-34513  
**Case Name:** LVBC REALTY HOLDINGS, LLC

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 08/24/11 (f)  
**§341(a) Meeting Date:** 03/12/12

**Period Ending:** 01/10/13

**Claims Bar Date:** 06/11/12

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 1  3633 N. Shefield, Chicago, IL 60613<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 5,200,000.00 | 516,000.00 | | 4,731,000.00 | FA |
| 2  First Personal Bank Checking<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 80.00 | 80.00 | | 0.00 | FA |
| 3  First Personal Bank Checking<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 80.00 | 80.00 | | 0.00 | FA |
| 4  First Personal Bank Checking<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 80.00 | 80.00 | | 0.00 | FA |
| 5  Earnest money from failed sale<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 150,000.00 | 0.00 | | 75,000.00 | FA |
| 5  Assets  Totals (Excluding unknown values) | **$5,350,240.00** | **$516,240.00** | | **$4,806,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2012    **Current Projected Date Of Final Report (TFR):**   December 31, 2012

Printed: 01/10/2013 03:22 PM    V.13.11

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| **Case Number:** | 11-34513 | | **Trustee:** | RICHARD M. FOGEL (330720) |
| --- | --- | --- | --- | --- |
| **Case Name:** | LVBC REALTY HOLDINGS, LLC | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ****712566 - Checking Account |
| **Taxpayer ID #:** | **-***3877 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 01/10/13 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 315,522.30 | | 315,522.30 |
| 01/07/13 | 10104 | UNITED STATES TREASURY | EIN 20-4503877 TAX FORM 1065 TAX PERIOD 12/31/11 | 2810-000 | | 3,120.00 | 312,402.30 |
| | | | ACCOUNT TOTALS | | 315,522.30 | 3,120.00 | $312,402.30 |
| | | | Less: Bank Transfers | | 315,522.30 | 0.00 | |
| | | | Subtotal | | 0.00 | 3,120.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$3,120.00** | |

{} Asset reference(s)

Printed: 01/10/2013 03:22 PM V.13.11

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 11-34513  
**Case Name:** LVBC REALTY HOLDINGS, LLC  
**Taxpayer ID #:** **-***3877  
**Period Ending:** 01/10/13

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******79-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 12/22/11 | {5} | GOULD & RATNER | Turnover of defaulted earnest money from Gramatis transaction- used as closing credit for purchase of 3633 N. Sheffield | | 1129-000 | 75,000.00 | | 75,000.00 |
| 02/01/12 | {1} | SHAW GUSSIS CLIENT TRUST FUND | Earnest money deposit | | 1110-000 | 200,000.00 | | 275,000.00 |
| 02/01/12 | | CHICAGO TITLE & TRUST COMPANY | Net proceeds of sale, per o/c 1-24-12 | | | 53,978.86 | | 328,978.86 |
| | {1} | | Gross Proceeds of Sale (plus earnest money deposit and credit for Gramatis escrow deposit | 4,525,000.00 | 1110-000 | | | 328,978.86 |
| | | | Credit Bid per sale order for FirstPersonal, Bauch & Michaels and DeWindt Construction claims | -4,239,048.35 | 4110-000 | | | 328,978.86 |
| | | | Proration for Real Estate Taxes | -93,662.90 | 2820-000 | | | 328,978.86 |
| | | Hutter Architects, Ltd. | Hutter Architects mechanics lien | -105,772.52 | 4120-000 | | | 328,978.86 |
| | | | Northern Weathermakers HVAC mechanics lien | -3,332.37 | 4120-000 | | | 328,978.86 |
| | | | Bulk Sales holdback for IDOR potential tax liability | -6,000.00 | 2820-000 | | | 328,978.86 |
| | | | Closing costs and transfer taxes | -23,205.00 | 2500-000 | | | 328,978.86 |
| 02/27/12 | 101 | ROMAY CORP. | Transcript of sale proceedings/Invoice #9478 | | 2500-000 | | 244.25 | 328,734.61 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 599.61 | 328,135.00 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 672.52 | 327,462.48 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 648.66 | 326,813.82 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 736.75 | 326,077.07 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 645.91 | 325,431.16 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 711.32 | 324,719.84 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 687.58 | 324,032.26 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 619.73 | 323,412.53 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 729.00 | 322,683.53 |
| 11/27/12 | {1} | SHAW FISHMAN GLANTZ & TOWBIN CLIENT TRUST ACCT | Turnover of funds escrowed for Illinois Department of Revenue priority claim | | 1110-000 | 6,000.00 | | 328,683.53 |

Subtotals: $334,978.86    $6,295.33

{} Asset reference(s)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 11-34513 | | Trustee: | RICHARD M. FOGEL (330720) |
| Case Name: | LVBC REALTY HOLDINGS, LLC | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******79-66 - Checking Account |
| Taxpayer ID #: | **-***3877 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 01/10/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/27/12 | 102 | Wrigley Baseball Group, LLC | Settlement of claim per o/c 11-27-12 | 4110-000 | | 9,000.00 | 319,683.53 |
| 11/27/12 | 103 | Kaufman Properties LLC | Settlement of claim per o/c 11-27-12 | 4110-000 | | 3,500.00 | 316,183.53 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 661.23 | 315,522.30 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033072088 20130103 | 9999-000 | | ! 315,522.30 | 0.00 |
| | | | ACCOUNT TOTALS | | 334,978.86 | 334,978.86 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 315,522.30 | |
| | | | Subtotal | | 334,978.86 | 19,456.56 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $334,978.86 | $19,456.56 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****712566 | 0.00 | 3,120.00 | 312,402.30 |
| Checking # 9200-******79-66 | 334,978.86 | 19,456.56 | 0.00 |
| | $334,978.86 | $22,576.56 | $312,402.30 |

{} Asset reference(s)     !-Not printed or not transmitted

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 11-34513
Case Name: LVBC REALTY HOLDINGS, LLC
Trustee Name: RICHARD M. FOGEL

**Balance on hand:** $ 312,402.30

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 312,402.30

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Richard M. Fogel | 35,000.00 | 0.00 | 35,000.00 |
| Trustee, Expenses - Richard M. Fogel | 104.10 | 0.00 | 104.10 |
| Attorney for Trustee, Fees - Shaw Fishman Glantz & Towbin LLC | 46,476.00 | 0.00 | 46,476.00 |
| Attorney for Trustee, Expenses - Shaw Fishman Glantz & Towbin LLC | 1,701.11 | 0.00 | 1,701.11 |
| Accountant for Trustee, Fees - Manning Silverman & Co. | 18,530.00 | 0.00 | 18,530.00 |
| Fees, United States Trustee | 2,927.46 | 0.00 | 2,927.46 |

Total to be paid for chapter 7 administration expenses: $ 104,738.67
Remaining balance: $ 207,663.63

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 207,663.63

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $6,000.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | Illinois Department of Revenue | 6,000.00 | 0.00 | 6,000.00 |

| | |
|---|---|
| Total to be paid for priority claims: | $ 6,000.00 |
| Remaining balance: | $ 201,663.63 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 296,756.67 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 68.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | Gould & Ratner LLP | 108,721.20 | 0.00 | 73,882.46 |
| 7 -2 | Martin J. Oberman | 100,741.79 | 0.00 | 68,459.98 |
| 8 -2 | Edward T. Joyce and Assoc. | 87,293.68 | 0.00 | 59,321.19 |

| | |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 201,663.63 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**