UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 11-34513 |
| | ) | |
| LVBC REALTY HOLDINGS, LLC., | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **10:30 a.m. on February 7, 2013 in Courtroom 644**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date: January 10, 2013     By: /s/ Richard M. Fogel
                                                Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
312-276-1334
rfogel@shawfishman.com
**UST Form 101-7-NFR (9/1/2009)**

{000 NTC A0236578.DOC}

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: LVBC REALTY HOLDINGS, LLC § | Case No. 11-34513 |
| § | |
| § | |
| Debtor(s) § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $    4,806,000.00 |
| *and approved disbursements of* | $    4,493,597.70 |
| *leaving a balance on hand of* [1] | $    312,402.30 |
| **Balance on hand:** | $    312,402.30 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $    0.00 |
| Remaining balance: | $    312,402.30 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Richard M. Fogel | 35,000.00 | 0.00 | 35,000.00 |
| Trustee, Expenses - Richard M. Fogel | 104.10 | 0.00 | 104.10 |
| Attorney for Trustee, Fees - Shaw Fishman Glantz & Towbin LLC | 46,476.00 | 0.00 | 46,476.00 |
| Attorney for Trustee, Expenses - Shaw Fishman Glantz & Towbin LLC | 1,701.11 | 0.00 | 1,701.11 |
| Accountant for Trustee, Fees - Manning Silverman & Co. | 18,530.00 | 0.00 | 18,530.00 |
| Fees, United States Trustee | 2,927.46 | 0.00 | 2,927.46 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $    104,738.67 |
| Remaining balance: | $    207,663.63 |

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 207,663.63 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $6,000.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | Illinois Department of Revenue | 6,000.00 | 0.00 | 6,000.00 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 6,000.00 |
| Remaining balance: | $ | 201,663.63 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 296,756.67 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 68.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | Gould & Ratner LLP | 108,721.20 | 0.00 | 73,882.46 |
| 7 -2 | Martin J. Oberman | 100,741.79 | 0.00 | 68,459.98 |
| 8 -2 | Edward T. Joyce and Assoc. | 87,293.68 | 0.00 | 59,321.19 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 201,663.63 |
| Remaining balance: | $ | 0.00 |

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By: /s/RICHARD M. FOGEL
Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                          United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                                  Case No. 11-34513-PSH
LVBC Realty Holdings, LLC                                               Chapter 7
          Debtor                     CERTIFICATE OF NOTICE
District/off: 0752-1          User: esullivan              Page 1 of 3                  Date Rcvd: Jan 15, 2013
                              Form ID: pdf006              Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 17, 2013.
db           +LVBC Realty Holdings, LLC,    4022 N Sheridan Rd., #2,    Chicago, IL 60613-5423
aty          +Richard M Fogel,    Shaw Gussis Fishman Glantz Wolfson,    321 N Clark Street  Suite 800,
               Chicago, IL 60654-4766
17707181     +Amy Holper,    3102 N. Leavitt,   Chicago, IL 60618-6406
17707182     +Anthony R. Racky,    28W061 Marion St.,   Winfield, IL 60190-1422
17707183     +August A. Pilati and Assoc., LTD,    53 W. Jackson Blvd.,    Suite 528,   Chicago, IL 60604-3617
17713067     +Bauch & Michaels, LLC,    August A Pilati & Assoc Ltd,    53 W Jackson, Suite 528,
               Chicago, IL 60604-3617
17707184     +Caroline R. Prochotska,    3500 N. Lake Shore Drive,    Unit 17CD,   Chicago, IL 60657-1927
17707185     +Cook County Department of Revenue,    118 N. Clark St.,    Room 1160,   Chicago, IL 60602-1315
17707186     +David M. Neff,    131 S. Dearborn St.,   Suite 1700,    Chicago, IL 60603-5559
17715861     +DeWindt Corporation,    3500 N Lake Shore Dr,   Unit 17CD,    Chicago IL 60657-1927
17707187    #+Dewindt Holding Corporation,    1949 Cornell Ave,   Melrose Park, IL 60160-1044
17707188     +Edward T. Joyce and Assoc.,    Kenneth D Flaxman,    135 S. LaSalle St.,   Suite 2200,
               Chicago, IL 60603-4300
17707189     +First Personal Bank,    BarackFerrazzanoKirschbaum&Nagelber,     200 W. Madison Street, Suite 3900,
               Chicago, IL 60606-3459
18023031     +GOULD & RATNER LLP,    Attn: Stephen P. Sandler,    222 N. LaSalle St., Suite 800,
               Chicago, IL 60601-1086
17707190     +Gould and Ratner,    222 N. LaSalle,   Suite 800,    Chicago, IL 60601-1086
17707191     +Hutter Architects,    c/o Jeffrey R Platt,   Coman & Anderson PC,    650 Warrenville Road  Ste 500,
               Lisle, IL 60532-4318
17916170     +Hutter Architects, Ltd., P.C.,    c/o Thomas G. Oddo,    650 Warrenville Road, Suite 500,
               Lisle, IL 60532-4318
18544851      Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,   Chicago, IL 60664-0338
17707192     +Kamin CPA,    1409 N. Wells,   Chicago, IL 60610-1305
18665841     +Kaufman Properties LLC,    The Law Offices of Stuart P Krauskopf PC,    414 N Orleans St Suite 210,
               Chicago, IL 60654-4493
17707193     +Kenneth D. Flaxman,    135 S. LaSalle St.,   Suite 2200,    Chicago, IL 60603-4300
17707194     +Law Offices of Bauch and Michaels,    53 W. Jackson Blvd.,    Suite 1115,   Chicago, IL 60604-3566
17707195     +Martin J. Oberman,    122 S. Michigan Ave.,   Suite 1850,    Chicago, IL 60603-6140
17707197     +Robert M. Racky,    2615 W. Wellington,   Apt 3G,    Chicago, IL 60618-7840
17707198     +Stuart Krauskopf,    414 N. Orleans St.,   Suite 210,    Chicago, IL 60654-4493
17707199     +Thomas G. Oddo,    Coman & Anderson,   2525 Cabot Dr., Suite 300,    Lisle, IL 60532-0916
18249753     +Wrigley Baseball Group, LLC,    Scott H Kenig Esq,    455 N Cityfront Plaza Drive,
               Chicago, IL 60611-5503
18249819     +Wrigley Baseball Group, LLC,    440 S. LaSalle Street,    Suite 2303,
               Chicago, Illinois 60605-5013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18592878     +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Jan 16 2013 05:15:54     Office of the U.S. Trustee,
               219 S. Dearborn St.,    Room 873,   Chicago, IL 60604-2027
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17707196    ##+Northwest Publishing,    500 N. Clark St.,   Suite 200N,    Chicago, IL 60654-7188
                                                                                                TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: esullivan          Page 2 of 3              Date Rcvd: Jan 15, 2013
                              Form ID: pdf006          Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 17, 2013**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1          User: esullivan            Page 3 of 3            Date Rcvd: Jan 15, 2013
                              Form ID: pdf006            Total Noticed: 29
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2013 at the address(es) listed below:

```
              August A Pilati    on behalf of Creditor    Bauch & Michaels, LLC apilati@aapltdlaw.com,
               pmitchell@aapltdlaw.com;kfedinets@aapltdlaw.com
              Ben L Schneider    on behalf of Debtor    LVBC Realty Holdings, LLC ben@windycitylawgroup.com,
               mstone@windycitylawgroup.com
              Brian A. Audette    on behalf of Other Prof. Robert J. Cataldo baudette@perkinscoie.com,
               nsaldinger@perkinscoie.com;docketchi@perkinscoie.com
              Caroline Prochotska    on behalf of Creditor    DeWindt Corporation an Illionis Corporation
               caroline@cprogers.com
              David M Neff    on behalf of Other Prof. Robert J. Cataldo dneff@perkinscoie.com,
               nsaldinger@perkinscoie.com
              Denise A Delaurent     on behalf of U.S. Trustee Patrick S Layng USTPRegion11.es.ecf@usdoj.gov,
               Denise.DeLaurent@usdoj.gov;maria.r.kaplan@usdoj.gov
              Jeffrey R Platt    on behalf of Creditor    Hutter Architects jplatt@comananderson.com,
               ejurgenson@comananderson.com
              Kenneth A Fedinets     on behalf of Creditor    Bauch & Michaels, LLC kfedinets@aapltdlaw.com,
               apilati@aapltdlaw.com;pmitchell@aapltdlaw.com
              Kimberly J Robinson    on behalf of Creditor    First Personal Bank kim.robinson@bfkn.com
              Matthew Johns    on behalf of Creditor    Rooftop Acquisition, LLC c/o Thompson Coburn LLP
               mjohns@thompsoncoburn.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard M. Fogel    rfogel@shawfishman.com,    il72@ecfcbis.com
              Richard M. Fogel    on behalf of Trustee Richard M. Fogel rfogel@shawfishman.com
              Scott H. Kenig    on behalf of Creditor    Bauch & Michaels, LLC skenig@randall-law.com
              Scott H. Kenig    on behalf of Interested Party    Wrigley Baseball Group, LLC
               skenig@randall-law.com
              William J. Barrett    on behalf of Creditor    First Personal Bank william.barrett@bfkn.com
                                                                                             TOTAL: 16
```