# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: LVBC REALTY HOLDINGS, LLC    § Case No. 11-34513
                                     §
                                     §
                                     §
Debtor(s)                            §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

　　　RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $240.00 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $4,569,275.37 | Claims Discharged Without Payment: $94,134.54 |
| Total Expenses of Administration: $236,724.63 | |

　　　3) Total gross receipts of $ 4,806,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $4,806,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $3,939,000.00 | $5,612,257.57 | $4,360,653.24 | $4,360,653.24 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 370,113.13 | 236,724.63 | 236,724.63 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 126,902.63 | 132,903.08 | 6,000.00 | 6,000.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 157,073.55 | 301,448.18 | 296,756.67 | 202,622.13 |
| **TOTAL DISBURSEMENTS** | $4,222,976.18 | $6,416,721.96 | $4,900,134.54 | $4,806,000.00 |

4) This case was originally filed under Chapter 7 on August 24, 2011. The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/01/2013        By: /s/RICHARD M. FOGEL
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 3633 N. Shefield, Chicago, IL 60613 | 1110-000 | 4,731,000.00 |
| Earnest money from failed sale | 1129-000 | 75,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$4,806,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 -2 | Wrigley Baseball Group, LLC | 4110-000 | 350,000.00 | 406,191.16 | 0.00 | 0.00 |
| 2 | Wrigley Baseball Group, LLC | 4110-000 | 234,000.00 | 270,386.99 | 0.00 | 0.00 |
| 3 | Wrigley Baseball Group, LLC | 4110-000 | N/A | 406,191.16 | 0.00 | 0.00 |
| 5 | Hutter Architects, Ltd. | 4120-000 | 55,000.00 | 100,733.62 | 105,772.52 | 105,772.52 |
| 9 -2 | Wrigley Baseball Group, LLC | 4110-000 | 3,300,000.00 | 138,373.92 | 9,000.00 | 9,000.00 |
| 12 | Kaufman Properties LLC | 4120-000 | N/A | 48,000.00 | 3,500.00 | 3,500.00 |
| | CHICAGO TITLE & TRUST COMPANY | 4110-000 | N/A | 4,239,048.35 | 4,239,048.35 | 4,239,048.35 |
| | CHICAGO TITLE & TRUST COMPANY | 4120-000 | N/A | 3,332.37 | 3,332.37 | 3,332.37 |
| **TOTAL SECURED CLAIMS** | | | **$3,939,000.00** | **$5,612,257.57** | **$4,360,653.24** | **$4,360,653.24** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Richard M. Fogel | 2100-000 | N/A | 167,430.00 | 35,000.00 | 35,000.00 |
| Richard M. Fogel | 2200-000 | N/A | 104.10 | 104.10 | 104.10 |
| Shaw Fishman Glantz & Towbin LLC | 3110-000 | N/A | 46,476.00 | 46,476.00 | 46,476.00 |
| Shaw Fishman Glantz & Towbin LLC | 3120-000 | N/A | 1,701.11 | 1,701.11 | 1,701.11 |
| Manning Silverman & Co. | 3410-000 | N/A | 18,530.00 | 17,571.50 | 17,571.50 |
| Office of the U.S. Trustee | 2950-000 | N/A | 2,927.46 | 2,927.46 | 2,927.46 |
| CHICAGO TITLE & TRUST COMPANY | 2820-000 | N/A | 93,662.90 | 93,662.90 | 93,662.90 |
| CHICAGO TITLE & TRUST COMPANY | 2820-000 | N/A | 6,000.00 | 6,000.00 | 6,000.00 |
| CHICAGO TITLE & TRUST COMPANY | 2500-000 | N/A | 23,205.00 | 23,205.00 | 23,205.00 |
| ROMAY CORP. | 2500-000 | N/A | 244.25 | 244.25 | 244.25 |
| The Bank of New York Mellon | 2600-000 | N/A | 599.61 | 599.61 | 599.61 |
| The Bank of New York Mellon | 2600-000 | N/A | 672.52 | 672.52 | 672.52 |
| The Bank of New York Mellon | 2600-000 | N/A | 648.66 | 648.66 | 648.66 |
| The Bank of New York Mellon | 2600-000 | N/A | 736.75 | 736.75 | 736.75 |
| The Bank of New York Mellon | 2600-000 | N/A | 645.91 | 645.91 | 645.91 |
| The Bank of New York Mellon | 2600-000 | N/A | 711.32 | 711.32 | 711.32 |
| The Bank of New York Mellon | 2600-000 | N/A | 687.58 | 687.58 | 687.58 |
| The Bank of New York Mellon | 2600-000 | N/A | 619.73 | 619.73 | 619.73 |
| The Bank of New York Mellon | 2600-000 | N/A | 729.00 | 729.00 | 729.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 661.23 | 661.23 | 661.23 |
| UNITED STATES TREASURY | 2810-000 | N/A | 3,120.00 | 3,120.00 | 3,120.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $370,113.13 | $236,724.63 | $236,724.63 |

**EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Cook County Department of Revenue | 5800-000 | 126,902.63 | 126,903.08 | 0.00 | 0.00 |
| 10 | Illinois Department of Revenue | 5800-000 | N/A | 6,000.00 | 6,000.00 | 6,000.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $126,902.63 | $132,903.08 | $6,000.00 | $6,000.00 |

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Gould & Ratner LLP | 7100-000 | 39,904.87 | 108,721.20 | 108,721.20 | 74,233.62 |
| 7 -2 | Martin J. Oberman | 7100-000 | 44,627.29 | 100,741.79 | 100,741.79 | 68,785.37 |
| 8 -2 | Edward T. Joyce and Assoc. | 7100-000 | 70,041.39 | 87,293.68 | 87,293.68 | 59,603.14 |
| 13 | Northwest Publishing | 7100-000 | 2,500.00 | 4,691.51 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $157,073.55 | $301,448.18 | $296,756.67 | $202,622.13 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-34513  
**Case Name:** LVBC REALTY HOLDINGS, LLC  

**Period Ending:** 04/01/13

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 08/24/11 (f)  
**§341(a) Meeting Date:** 03/12/12  
**Claims Bar Date:** 06/11/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | 3633 N. Shefield, Chicago, IL 60613<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 5,200,000.00 | 516,000.00 | | 4,731,000.00 | FA |
| 2 | First Personal Bank Checking<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 80.00 | 80.00 | | 0.00 | FA |
| 3 | First Personal Bank Checking<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 80.00 | 80.00 | | 0.00 | FA |
| 4 | First Personal Bank Checking<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 80.00 | 80.00 | | 0.00 | FA |
| 5 | Earnest money from failed sale<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 150,000.00 | 0.00 | | 75,000.00 | FA |
| **5** | **Assets  Totals** (Excluding unknown values) | **$5,350,240.00** | **$516,240.00** | | **$4,806,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2012       **Current Projected Date Of Final Report (TFR):**   January 10, 2013  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-34513  
**Case Name:** LVBC REALTY HOLDINGS, LLC  

**Taxpayer ID #:** **-***3877  
**Period Ending:** 04/01/13  

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******79-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/22/11 | {5} | GOULD & RATNER | Turnover of defaulted earnest money from Gramatis transaction- used as closing credit for purchase of 3633 N. Sheffield | 1129-000 | 75,000.00 | | 75,000.00 |
| 02/01/12 | {1} | SHAW GUSSIS CLIENT TRUST FUND | Earnest money deposit | 1110-000 | 200,000.00 | | 275,000.00 |
| 02/01/12 | | CHICAGO TITLE & TRUST COMPANY | Net proceeds of sale, per o/c 1-24-12 | | 53,978.86 | | 328,978.86 |
| | {1} | | Gross Proceeds of Sale  4,525,000.00 (plus earnest money deposit and credit for Gramatis escrow deposit | 1110-000 | | | 328,978.86 |
| | | | Credit Bid per sale order  -4,239,048.35 for FirstPersonal, Bauch & Michaels and DeWindt Construction claims | 4110-000 | | | 328,978.86 |
| | | | Proration for Real Estate Taxes  -93,662.90 | 2820-000 | | | 328,978.86 |
| | | Hutter Architects, Ltd. | Hutter Architects  -105,772.52 mechanics lien | 4120-000 | | | 328,978.86 |
| | | | Northern Weathermakers  -3,332.37 HVAC mechanics lien | 4120-000 | | | 328,978.86 |
| | | | Bulk Sales holdback for  -6,000.00 IDOR potential tax liability | 2820-000 | | | 328,978.86 |
| | | | Closing costs and  -23,205.00 transfer taxes | 2500-000 | | | 328,978.86 |
| 02/27/12 | 101 | ROMAY CORP. | Transcript of sale proceedings/Invoice #9478 | 2500-000 | | 244.25 | 328,734.61 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 599.61 | 328,135.00 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 672.52 | 327,462.48 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 648.66 | 326,813.82 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 736.75 | 326,077.07 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 645.91 | 325,431.16 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 711.32 | 324,719.84 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 687.58 | 324,032.26 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 619.73 | 323,412.53 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 729.00 | 322,683.53 |
| 11/27/12 | {1} | SHAW FISHMAN GLANTZ & TOWBIN CLIENT TRUST ACCT | Turnover of funds escrowed for Illinois Department of Revenue priority claim | 1110-000 | 6,000.00 | | 328,683.53 |

Subtotals: $334,978.86    $6,295.33

{} Asset reference(s)

Printed: 04/01/2013 07:15 AM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 11-34513
**Case Name:** LVBC REALTY HOLDINGS, LLC

**Taxpayer ID #:** **-***3877
**Period Ending:** 04/01/13

**Trustee:** RICHARD M. FOGEL (330720)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******79-66 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/27/12 | 102 | Wrigley Baseball Group, LLC | Settlement of claim per o/c 11-27-12 | 4110-000 | | 9,000.00 | 319,683.53 |
| 11/27/12 | 103 | Kaufman Properties LLC | Settlement of claim per o/c 11-27-12 | 4120-000 | | 3,500.00 | 316,183.53 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 661.23 | 315,522.30 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033072088 20130103 | 9999-000 | | 315,522.30 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 334,978.86 | 334,978.86 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 315,522.30 | |
| | | | **Subtotal** | | 334,978.86 | 19,456.56 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$334,978.86** | **$19,456.56** | |

{} Asset reference(s)

Printed: 04/01/2013 07:15 AM   V.13.13

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 11-34513  
**Case Name:** LVBC REALTY HOLDINGS, LLC  

**Taxpayer ID #:** **-***3877  
**Period Ending:** 04/01/13  

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****712566 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 |  | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 315,522.30 |  | 315,522.30 |
| 01/07/13 | 10104 | UNITED STATES TREASURY | EIN 20-4503877  TAX FORM 1065  TAX PERIOD 12/31/11 | 2810-000 |  | 3,120.00 | 312,402.30 |
| 02/07/13 | 10105 | Manning Silverman & Co. | Dividend paid 100.00% on $18,530.00, Accountant for Trustee Fees (Other Firm); Reference:  Reduction in allowed accountants' fee<br>Voided: check issued on 02/08/13 | 3410-000 |  | -18,530.00 | 330,932.30 |
| 02/07/13 | 10106 | Office of the U.S. Trustee | Dividend paid 100.00% on $2,927.46, U.S. Trustee Quarterly Fees;  Reference: Reduction in allowed accountants' fee<br>Voided: check issued on 02/08/13 | 2950-000 |  | -2,927.46 | 333,859.76 |
| 02/07/13 | 10107 | Illinois Department of Revenue | 100.00% dividend on Claim # 10, Ref: Reduction in allowed accountants' fee<br>Voided: check issued on 02/08/13 | 5800-000 |  | -6,000.00 | 339,859.76 |
| 02/07/13 | 10108 | Gould & Ratner LLP | 67.95% dividend on Claim # 6, Ref:  Reduction in allowed accountants' fee<br>Voided: check issued on 02/08/13 | 7100-000 |  | -73,882.46 | 413,742.22 |
| 02/07/13 | 10109 | Martin J. Oberman | 67.95% dividend on Claim # 7 -2, Ref: Reduction in allowed accountants' fee<br>Voided: check issued on 02/08/13 | 7100-000 |  | -68,459.98 | 482,202.20 |
| 02/07/13 | 10110 | Edward T. Joyce and Assoc. | 67.95% dividend on Claim # 8 -2, Ref: Reduction in allowed accountants' fee<br>Voided: check issued on 02/08/13 | 7100-000 |  | -59,321.19 | 541,523.39 |
| 02/07/13 | 10111 | Richard M. Fogel | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST  Reduction in allowed accountants' fee<br>Voided: check issued on 02/08/13 | 2100-000 |  | -35,104.10 | 576,627.49 |
| 02/07/13 | 10112 | Shaw Fishman Glantz & Towbin LLC | Combined Check for Claims#C,D  Reduction in allowed accountants' fee<br>Voided: check issued on 02/08/13 | 3110-000 |  | -48,177.11 | 624,804.60 |
| 02/08/13 | 10105 | Manning Silverman & Co. | Dividend paid 100.00% on $18,530.00, Accountant for Trustee Fees (Other Firm); Reference:  Reduction in allowed accountants' fee<br>Voided on 02/07/13 | 3410-000 |  | 18,530.00 | 606,274.60 |
| 02/08/13 | 10106 | Office of the U.S. Trustee | Dividend paid 100.00% on $2,927.46, U.S. Trustee Quarterly Fees;  Reference: | 2950-000 |  | 2,927.46 | 603,347.14 |

Subtotals :   $315,522.30   $-287,824.84

{} Asset reference(s)                                                                                    Printed: 04/01/2013 07:15 AM    V.13.13

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 11-34513 | | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| Case Name: | LVBC REALTY HOLDINGS, LLC | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ****712566 - Checking Account |
| Taxpayer ID #: | **-***3877 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 04/01/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Reduction in allowed accountants' fee<br>Voided on 02/07/13 | | | | |
| 02/08/13 | 10107 | Illinois Department of Revenue | 100.00% dividend on Claim # 10, Ref: Reduction in allowed accountants' fee Voided on 02/07/13 | 5800-000 | | 6,000.00 | 597,347.14 |
| 02/08/13 | 10108 | Gould & Ratner LLP | 67.95% dividend on Claim # 6, Ref:  Reduction in allowed accountants' fee Voided on 02/07/13 | 7100-000 | | 73,882.46 | 523,464.68 |
| 02/08/13 | 10109 | Martin J. Oberman | 67.95% dividend on Claim # 7 -2, Ref: Reduction in allowed accountants' fee Voided on 02/07/13 | 7100-000 | | 68,459.98 | 455,004.70 |
| 02/08/13 | 10110 | Edward T. Joyce and Assoc. | 67.95% dividend on Claim # 8 -2, Ref: Reduction in allowed accountants' fee Voided on 02/07/13 | 7100-000 | | 59,321.19 | 395,683.51 |
| 02/08/13 | 10111 | Richard M. Fogel | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST  Reduction in allowed accountants' fee Voided on 02/07/13 | 2100-000 | | 35,104.10 | 360,579.41 |
| 02/08/13 | 10112 | Shaw Fishman Glantz & Towbin LLC | Combined Check for Claims#C,D  Reduction in allowed accountants' fee Voided on 02/07/13 | 3110-000 | | 48,177.11 | 312,402.30 |
| 02/08/13 | 10113 | Manning Silverman & Co. | Dividend paid 100.00% on $17,571.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 17,571.50 | 294,830.80 |
| 02/08/13 | 10114 | Office of the U.S. Trustee | Dividend paid 100.00% on $2,927.46, U.S. Trustee Quarterly Fees;  Reference: | 2950-000 | | 2,927.46 | 291,903.34 |
| 02/08/13 | 10115 | Illinois Department of Revenue | 100.00% dividend on Claim # 10, Ref: Stopped on 03/04/13 | 5800-000 | | 6,000.00 | 285,903.34 |
| 02/08/13 | 10116 | Gould & Ratner LLP | 68.27% dividend on Claim # 6, Ref: | 7100-000 | | 74,233.62 | 211,669.72 |
| 02/08/13 | 10117 | Martin J. Oberman | 68.27% dividend on Claim # 7 -2, Ref: | 7100-000 | | 68,785.37 | 142,884.35 |
| 02/08/13 | 10118 | Edward T. Joyce and Assoc. | 68.27% dividend on Claim # 8 -2, Ref: | 7100-000 | | 59,603.14 | 83,281.21 |
| 02/08/13 | 10119 | Richard M. Fogel | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 35,104.10 | 48,177.11 |
| | | | Dividend paid 100.00% on $35,000.00;  Claim# A; Filed: $167,430.00         35,000.00 | 2100-000 | | | 48,177.11 |
| | | | Dividend paid 100.00%         104.10 | 2200-000 | | | 48,177.11 |

Subtotals :    $0.00    $555,170.03

{} Asset reference(s)                                                                                                          Printed: 04/01/2013 07:15 AM    V.13.13

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| Case Number: | 11-34513 | | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| Case Name: | LVBC REALTY HOLDINGS, LLC | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ****712566 - Checking Account |
| Taxpayer ID #: | **-***3877 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 04/01/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | on $104.10; Claim# B;<br>Filed: $104.10 | | | | |
| 02/08/13 | 10120 | Shaw Fishman Glantz & Towbin LLC | Combined Check for Claims#C,D | | | 48,177.11 | 0.00 |
| | | | Dividend paid 100.00%     46,476.00<br>on $46,476.00; Claim#<br>C; Filed: $46,476.00 | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00%     1,701.11<br>on $1,701.11; Claim# D;<br>Filed: $1,701.11 | 3120-000 | | | 0.00 |
| 03/04/13 | 10115 | Illinois Department of Revenue | 100.00% dividend on Claim # 10, Ref:<br>Stopped: check issued on 02/08/13 | 5800-000 | | -6,000.00 | 6,000.00 |
| 03/06/13 | 10121 | Illinois Department of Revenue | Replacement dividend: 100% payment of claim no. 10 | 5800-000 | | 6,000.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 315,522.30 | 315,522.30 | $0.00 |
| | | | Less: Bank Transfers | | 315,522.30 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 315,522.30 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$315,522.30** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # 9200-******79-66** | 334,978.86 | 19,456.56 | 0.00 |
| **Checking # ****712566** | 0.00 | 315,522.30 | 0.00 |
| | $334,978.86 | $334,978.86 | $0.00 |

{} Asset reference(s)                                                                                           Printed: 04/01/2013 07:15 AM    V.13.13